**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mash Studios, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0124117 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 7150 Village Dr.<br>Buena Park, CA 90621<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Orange<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://mashstudios.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Mash Studios, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5414

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | Mash Studios, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | MASHindustries, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Central District of California | When | 4/24/24 | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Mash Studios, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Mash Studios, Inc.                                                                    Case number (*if known*)
                   Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 24, 2024
                        MM / DD / YYYY

X _____                         Bernard Brucha
   Signature of authorized representative of debtor         Printed name

Title    Chief Executive Officer

**18. Signature of attorney**    X _____         Date    April 24, 2024
                                            Signature of attorney for debtor                       MM / DD / YYYY

Susan K. Seflin 213865
Printed name

BG LAW LLP
Firm name

21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone    (818) 827-9000         Email address    sseflin@bg.law

213865 CA
Bar number and State

Fill in this information to identify the case:

Debtor name    Mash Studios, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 24, 2024        X _____
                                          Signature of individual signing on behalf of debtor

                                          Bernard Brucha
                                          Printed name

                                          Chief Executive Officer
                                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name _____MASH Studios, Inc._____

United States Bankruptcy Court for the: _____Central_____ District of _____California_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1<br>3168 MASHVENTURES | 3530 Meier St<br>Los Angeles, CA 90066 | Rent | | | | 652,068.82 |
| 2<br>2040 California Department of Tax and Fee Administration | 450 N Street<br>Sacramento, CA 95814-4311 | Sales Tax | | | | 224,918.60 |
| 3<br>2440 Great Openings | Dept. for Lockbox:  9521-11<br>PO Box 30516<br>Lansing, MI 48909-8016 | Trade | | | | 186,025.65 |
| 4<br>2053 Fabcon, Inc. | 1800 E. St. Andrew Place<br>Santa Ana, CA 92705-5043 | Trade | | | | 90,652.43 |
| 5<br>2335 Golden State Fabrication, Inc | 30130 Seashore Park Drive<br>Millville, DE 19967 | Trade | | | | 78,072.64 |
| 6<br>2708 Baresque USA LLC | 21925 Field Parkway Suite 240<br>Deer Park, IL 60010 | Trade | | | | 68,070 |
| 7<br>2166 Suddath Relocation Systems of Oregon LLC | 815 South Main St<br>Suite 489W<br>Jacksonville, FL 32207 | Trade | | | | 65,696.83 |
| 8<br>2306 Concentric Spaces | 4416 138th Pl. SE.<br>Snohomish, WA 98296 | Trade | | | | 60,142.34 |

Debtor    <u>MASH Studios, Inc.</u>

Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | 2063 GLC Millworks | 100 W. Walnut Ave. Fullerton, CA 92831 | Trade | | | | 49,680 |
| 10 | 2055 Forest Plywood Co. | 14711 Artesia Blvd La Mirada, CA 90638 | Trade | | | | 48,766 |
| 11 | 3166 KAISER PERMANENTE | FILE 5915 132 W 31st Street, 5th Floor LOS ANGELES, CA 90074-5915 | Health Benefits | | | | 47,476.46 |
| 12 | 2734 City Of Los Angeles, Office of Finance | PO Box 30716 Los Angeles, CA 90030-0716 | Property Tax | | | | 43,705.31 |
| 13 | 2448 Big Red Machine Shop | 2522 North Ontario St. Burbank, CA 91504 | Trade | | | | 39,494.50 |
| 14 | 2100 Nace Sheet Metal Corp | 1384 N Hundley St Anaheim, CA 92806 | Trade | | | | 38,778.50 |
| 15 | 2787 ORACLE Netsuite | 500 Oracle Parkway Redwood Shores, CA 94065 | Trade | | | | 38,516.24 |
| 16 | 3153 MI Concepts LLC | 5 Bennet St Old Greenwich, CT 06870 | Trade | | | | 35,371.95 |
| 17 | 2035 Contract Installations, Inc. | 224 E Meats Avenue Orange, CA 92865-3329 | Trade | | | | 31,750 |
| 18 | 2729 Wing Partners LLC | 620 Broadway 1R New York, NY 10012 | Trade | | | | 27,000 |
| 19 | 3162 OT Logistics Freight Transportation | 2232 Dell Range Boulevard Cheyenne, WY 82009 | Trade | | | | 20,400 |
| 20 | 2103 Oncore Pro | 249 W. Baywood Ave. #B Orange, CA 92865 | Trade | | | | 20,205 |

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## MASH STUDIOS, INC.
### (a California corporation)

### Effective as of April 23, 2024

The undersigned, constituting all of the members of the Board of Directors (the "Board")

of Mash Studios, Inc., a California corporation (the "Company"), do hereby consent to and

approve, by this unanimous written consent (this "Written Consent"), the adoption of the

following resolutions without a meeting, pursuant to Section 307(b) of the California

Corporations Code and the bylaws of the Company, effective as of the date set forth above:

1.      **Filing of Petition Under Chapter 11 of Bankruptcy Code.**

   **WHEREAS,** the Board has considered the financial condition and circumstances
of the Company, including without limitation the assets and liabilities of the Company,
the strategic alternatives available to the Company, pending litigation that the Company
is involved in and the impact of the foregoing on the Company's business; and

   **WHEREAS,** the Board has had the opportunity to consult with its professional
advisors as to the relative risks and benefits of filing a bankruptcy case.

   **NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board,
it is desirable and in the best interests of the Company, its creditors, its shareholders, and
other parties in interest, that a petition under the provisions of chapter 11 of 11 U.S.C. §§
101 *et seq.* (the "Bankruptcy Code") be filed by the Company with the United States
Bankruptcy Court, Central District of California, on April 24, 2024, or such other date as
is determined to be optimal for the Company by the Company's designated officer
Bernard Brucha ("the Designated Officer").

   **RESOLVED FURTHER,** that the Designated Officer, and anyone designated by
the Designated Officer, is hereby authorized and directed on behalf of and in the name of
the Company to execute a chapter 11 petition and all related documents and papers on
behalf of the Company in order to enable the Company to commence a chapter 11
bankruptcy case on April 24, 2024, or such other date is determined to be optimal for the
Company by the Designated Officer of the Company.

   **RESOLVED FURTHER,** that the Designated Officer is hereby authorized and
directed on behalf of and in the name of the Company to execute and file and to cause
counsel for the Company to prepare with the assistance of the Company as appropriate
all petitions, schedules, lists and other papers, documents and pleadings in connection
with the Company's bankruptcy case, and to take any and all action which the
Designated Officer deems necessary and proper in connection with the Company's
bankruptcy case without further approval of the Board provided such action is within the
ordinary course of the Company's business and bankruptcy case.  Such ordinary course
actions shall include, but not be limited to, employing counsel and other professionals

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____  4.23.24
Bernard Brucha

See Attached Signature Pages

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____
Bernard Brucha

_____
Lisa Boardman

_____
Jennifer Murray

_____
Eric Ries

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____
Bernard Brucha

_____
Lisa Boardman

_____
Jennifer Murray

_____
Eric Ries

(both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval of a plan or other necessary motions, commencing litigation as necessary and negotiating with creditors, landlords and any other party in interest as needed.

**RESOLVED FURTHER,** that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Designated Officer to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done and all actions taken by the Designated Officer on behalf of the Company in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of the date first written above.

_____

Bernard Brucha

_____

Lisa Boardman

_____

Jennifer Murray

_____

Eric Ries

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N//A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   In re MASHindustries, Inc., subchapter v chapter 11 bankruptcy case filed 4/24/24

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Buena Park, California                      , California.

Date:          April 24, 2024

Bernard Brucha
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1                    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Mash Studios, Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|     Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **14** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  April 24, 2024

_____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  April 24, 2024

_____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

3Blindmice Design
19 Benview Avenue
Orange 2800 Australia

ADEPT Furniture
217 Cesar E Chavez Ave SW
Grand Rapids, MI 49503

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184

American Express
PO Box 650448
Dallas, TX 75265-0448

Arc Air Logistics, Inc.
1950 East 220th St., Suite 201
Long Beach, CA 90810

ARC Imaging Resources
616 Monterey Pass Road
Monterey Park, CA 91754

Baresque USA LLC
21925 Field Parkway Suite 240
Deer Park, IL 60010

Big Red Machine Shop
2522 North Ontario St.
Burbank, CA 91504

Bright Shark Powder Coating
4530 Schaefer Ave
Chino, CA 91710

BSP VBP Propco LLC
Attn: Jill Brown, Property Manager
1811 Von Karman Avenue, Suite 1000
Irvine, CA 92612

Byrne Electrical Spclst, Inc.
320 Byrne Industrial Drive
Rockford, MI 49341

California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279

California Department of Tax and Fee Administration
450 N Street
Sacramento, CA 95814-4311

California Office of the Attorney General
PO Box 944255
Sacramento, CA 94244-2550

Camira Group Inc.
2476 Waldorf Court NW
Grand Rapids, MI 49544

Cana Freight Inc
800 N Rainbow Bl STE 208
Las Vegas, NV 89107

Caseworx, Inc.
1130 Research Drive
Redlands, CA 92374

City of Los Angeles
Office of Finance Special Desk Unit
200 North Spring Street, Room 101
Los Angeles, CA 90012

City Of Los Angeles, Office of Finance
PO Box 30716
Los Angeles, CA 90030-0716

Clearpoint International
1111 Corporate Center Drive No. 103
Monterey Park, CA 91754

Concentric Spaces
4416 138th Pl. SE.
Snohomish, WA 98296

Contract Installations, Inc.
224 E Meats Avenue
Orange, CA 92865-3329

Coordinated Resources, Inc
130 Sutter Street
Third Floor
San Francisco, CA 94104

Cortez Bright Cleaning Services
382 E 116TH Place
Los Angeles, CA 90061

CV. Jepara Crafter Furniture
JL Raya Tahunan Batealit KM 07
Ds. Bawu RT 07 02 Jepara 59461
Central Java Indonesia

Dalymade, Inc.
488 Morgan Ave.
2B
Brooklyn, NY 11222

Davis Property Management, Inc.
Attn: Property Management Village Business Park
1420 Bristol Street North, Suite 100
Newport Beach, CA 92660

Davis Property Management, Inc.
Attn: Property Management Village Business Park
2377 Crenshaw Blvd., Suite 150
Torrance, CA 90501

DB Engineering
Ro Davila
11916 209th Street
Lakewood, CA 90715

Dell.com
One Dell Way
Round Rock, TX 78682

Digital Rover LLC
257 Steely
Irvine, CA 92614

Douglas Frerichs
131 S. Jackson St Apt 301
Glendale, CA 91205

E.B. Bradley
1150 N. Red Gum
Anaheim, CA 92806

Environments Plus
1700 1st Street
San Fernando, CA 91340

Evensonbest
641 Avenue of the Americas
New York, NY 10011

Excel Rank Company Limited
4 F No 129-143
Haining China

Fabcon, Inc.
1800 E. St. Andrew Place
Santa Ana, CA 92705-5043

Fed Ex
PO Box 7221
Pasadena, CA 91109-7321

Flores Marble and Granite
533 S Central Park Ave
Anaheim, CA 92802

Forest Plywood Co.
14711 Artesia Blvd
La Mirada, CA 90638

Fotoworks
5069 Exposition Blvd
Los Angeles, CA 90016

Freight Club LLC
12020 Sunrise Valley Drive
Reston, VA 20191

Fundicion Gamboa. Sa De Cv
Av De Las Hojas No. 1, Fraccionamiento Las
Huertas 3rg. seccion
Tiajuana 22115 Mexico

Gabriel North America
560 5th St NW
No. 210
Grand Rapids, MI 49504

Gaslamp Insurance
2244 Faraday Ave
No. 125
Carlsbad, CA 92008

GLC Millworks
100 W. Walnut Ave.
Fullerton, CA 92831

Golden State Fabrication, Inc
30130 Seashore Park Drive
Millville, DE 19967

Grainger
Dept. 886846207
Palatine, IL 60038-0001

Great Openings
Dept. for Lockbox: 9521-11
PO Box 30516
Lansing, MI 48909-8016

Greenberg Glusker
1900 Avenue of the Stars
Suite 2100
Los Angeles, CA 90067-4590

Grey Matter Customs, Llc
9626 Beverly Road
Pico Rivera, CA 90660

Group Dekko
7315 Innovation Boulevard
Fort Wayne, IN 46818

Gs1 Us, Inc.
Dept. 781271
Detroit, MI 48278-1271

Guardian
PO Box 677458
Dallas, TX 75267-7458

Haskell and White LLP
300 Spectrum Center Drive, Ste 300
Irvine, CA 92618

Hudson Bearings
7060 Huntley Road
Columbus, OH 43229

Humanscale Corporation
220 Circle Drive North
Piscataway, NJ 08854

Igus Inc.
PO Box 14349
East Providence, RI 02914

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ish Garden Service
PO Box 4598
La  Puente, CA 91747

Kaiser Permanente
File 5915
132 W 31st Street, 5th Floor
Los Angeles, CA 90074-5915

Kimash Metal Works
1409 Virginia Ave
Suite J
Baldwin Hills, CA 91706

Kirman Plumbing CO
PO Box 840105
Los Angeles, CA 90084-0105

Kvadrat Inc.
549 Ottawa Ave NW Suite 307
Grand Rapids, MI 49503

Leaf
P.O. Box 5066
Hartford, CT 06102-5066

Linak U.S. Inc.
2200 Stanley Gault Parkway
Louisville, KY 40223

Line By Rep

Linkedin
62228 Collection Center Drive
Chicago, IL 60693-0622

MASH STUDIOS, Inc.
c o BG Law
Attn: Susan K. Seflin
2611 West Exposition Blvd
Los Angeles, CA 90018

MASHindustries
7150 Village Drive
Buena Park, CA 90621

MASHVENTURES
3530 Meier St
Los Angeles, CA 90066

Maszma Marketing
11 Jalan Balakung 27 7
Shah Alam 40400 Malaysia

McMaster-Carr Supply Company
600 N. County Line Rd
Elmhurst, IL 60126

MG West - Vendor
PO Box 7231
San Francisco, CA 94120

MI Concepts LLC
Michelle Carlson
5 Bennet St
Old Greenwich, CT 06870

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Nace Sheet Metal Corp
1384 N Hundley St
Anaheim, CA 92806

Oncore Pro
249 W. Baywood Ave. No. B
Orange, CA 92865

ORACLE Netsuite
500 Oracle Parkway
Redwood Shores, CA 94065

Orange Courier, Inc
15300 Desman Road
La Mirada, CA 90638

OT Logistics Freight Transportation
2232 Dell Range Boulevard
Cheyenne, WY 82009

Paychex 401K
1535 Scenic Ave
Suite 100
Costa Mesa, CA 92626

PenskeTruck Leasing Co. L.P.
2675 Morgantown Road
PO Box 1321
Reading, PA 19603-1321

Portugalia Cork S.A.
277 Rua Trabalhador
Mozelos 4535 Portugal

Priority 1
PO Box 840808
Dallas, TX 75284

Prl Glass Systems
13644 Nelson Ave
City Of Industry, CA 91746

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Revelations Integrated Services, Inc.
176 W. Pomona Ave
Monrovia, CA 91016

Ringcentral Inc.
20 Davis Drive
Belmont, CA 94002-3002

Rios Clementi Hale Studios
3101 West Exposition Place
Los Angeles, CA 90018

Robert Half
2613 Camino Ramon
San Ramon, CA 94583

Royal Plywood Company, Llc
Royal Plywood Company
PO Box 728
La Mirada, CA 90637-0728

Service West, Inc.
Dept. LA 23772
Pasadena, CA 91185-3772

Shanghai Kingkus New Material Co., LTD
Building 36, No. 70 Bole Road, Jiading Town
Jiading District China

Shenzhen JieHe Technology Co. LTD
2nd Floor, No. 131 Shasong Road
Houting Community, Shaijing Street
Shenzhen City 90018 China

Shopify

Singerlewak LLP
10960 Wilshire Blvd
Los Angeles, CA 19605

SL GROUP
Sandy Lichlyter
823 East Broadway
Unit 1
Boston, MA 02127

SmartSign
Dept Ch 18136
Palatine, IL 60055-8136

Solomon and WU LTD A Foresso
Unit 1 Q1, Hawthornss Industrial Estate
Middlemore Road,

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Spectrum Enterprise
Box 223085
Pittsburgh, PA 15251-2085

Suddath Relocation Systems of Oregon LLC
815 South Main St
Suite 489W
Jacksonville, FL 32207

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Realty Associates Fund XI Portfolio, L.P.
c o TA Realty
Attn: Asset Manager Village Business Park
28 State Street, Tenth Floor
Boston, MA 02109

The Realty Associates Fund XI Portfolio, L.P.
c o TA Realty
Attn: Asset Manager Village Business Park
1301 Dove Street, Suite 860
Newport Beach, CA 92660

Truckee Tahoe Handyman
11430 Deerfield Drive, Ste B5
Truckee, CA 96161

U.S. Small Business Administration
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925

Uline
PO Box 88741
Chicago, IL 60680-1741

Unisource Solutions, Inc.
8350 Rex Road
Pico Rivera, CA 90660

United Healthcare
PO Box 841346
Los Angeles, CA 90084-1346

United States Trustee SA
411 W Fourth St
Suite 7160
Santa Ana, CA 92701-4593

UPS
PO Box 894820
Los Angeles, CA 90189-4820

US Attorney for the Central District of California
David Harris, Chief, Civil Division
300 N. Los Angeles Street, 7th Floor
Office of the United States Attorney
Los Angeles, CA 90012

Weintraub and Selth
11766 Wlshire Blvd
Los Angeles, CA 90025

Wing Partners LLC
620 Broadway 1R
New York, NY 10012

Winnr. Digital, LLC
PO Box 102
Gasquet, CA 95543

Wired World
15055 Manzanares Road
La Mirada, CA 90638

Xometry, INC
6116 Executive Boulevard
Rockville, MD 20852