DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:       dpoitras@bg.law
             sseflin@bg.law
             jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-11048-TA |
| Mash Studios, Inc., | Chapter 11 |
| | **DEBTOR'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR AUTHORITY TO: (A) USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (B) GRANT REPLACEMENT LIENS; AND (C) SET FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES [11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001]** |
| | *Declaration of Lisa Boardman Filed Concurrently Herewith* |
| | **Hearing:** Date:       April 26, 2024 Time:       11:30 a.m. Place:      Courtroom 5B - Via Zoom.gov only 411 West Fourth Street Santa Ana, CA 92701 |

# TABLE OF CONTENTS

Page

I.      FACTUAL BACKGROUND ...............................................................................4

        A.      General Case Background...................................................................4

        B.      Description of the Debtor's Business .................................................4

        C.      The Debtor's Management Structure .................................................5

        D.      The Debtor's Prepetition Lender ......................................................5

        E.      Circumstances Impacting the Debtor's Operations and Reason for the
                Bankruptcy Filing ............................................................................5

II.     THE BUDGET ....................................................................................................7

III.    ARGUMENT .......................................................................................................8

        A.      The Debtor Should Be Authorized To Use Cash Collateral To Operate,
                Maintain And Preserve Its Business. ................................................8

        B.      The Secured Creditors Are Adequately Protected. ..........................9

                1.      The Lender is Adequately Protected By Equity Cushion. ..........10

                2.      The Lender is Adequately Protected By The Continued Operations Of
                        The Debtor's Business. ................................................................10

                3.      The Lender is Adequately Protected By Replacement Liens Against
                        The Debtor's Assets.....................................................................11

IV.     CONCLUSION ...................................................................................................12

# TABLE OF AUTHORITIES

Page

## CASES

In re Dynaco Corporation,
  162 B.R. 389 (Bankr. D.N.H. 1993) ...............................................................9, 11

In re Ernst Home Center, Inc.,
  209 B.R. 955 (Bankr. W.D. Wash. 1997) ...............................................................10

In re Immenhausen Corp.,
  164 B.R. 347 (Bankr. M.D. Fla. 1994) ...............................................................11

In re Las Vegas Monorail Co.,
  429 B.R. 317, 341 (Bankr. D. Nev. 2010) ...............................................................10

In re McCombs Properties VI, Ltd.,
  88 B.R. 261, 265 (Bankr. C.D. Cal. l988) ...........................................................9, 10, 11

In re Mellor,
  734 F.2d 1396, 1400 (9th Cir. 1984) ...............................................................9, 10

In re Newark Airport/Hotel Ltd. Partnership,
  156 B.R. 444 (Bankr. D.N.J. 1993) ...............................................................11

In re Oak Glen R-Vee,
  8 B.R. 213, 216 (Bankr. C.D. Cal. 1981) ...............................................................8

In re O'Connor,
  808 F.2d 1393, 1398 (10th Cir. 1987) ...............................................................9

In re Prime, Inc.,
  15 B.R. 216, 219 (Bankr. W.D. Mo. 1981) ...............................................................9

In re Stein,
  19 B.R. 458 (Bankr. E.D.Pa. 1982) ...............................................................9, 10, 11

In re Sunnymead Shopping Center Co.,
  178 B.R. 809, 814 (9th Cir. BAP 1995) ...............................................................8, 9

In re Triplett,
  87 B.R. 25 (Bankr. W.D.Tex. 1988) ...............................................................10

Matter of Pursuit Athletic Footwear, Inc.,
  193 B.R. 713 (Bankr. D. Del. 1996) ...............................................................11

United Savings Association v. Timbers of Inwood Forest Associates,
  108 S.Ct. 626, 629 (1988) ...............................................................9

1

## **STATUTES**

2    11 U.S.C. § 361 ........................................................................................................11

3    11 U.S.C. § 363 ..........................................................................................................8

4    11 U.S.C. § 363(a) .................................................................................................1, 8, 9

5    11 U.S.C. § 363(c) ......................................................................................................8

6    11 U.S.C. § 363(c)(1) ...............................................................................................8, 9

7    11 U.S.C. § 363(c)(2) ...............................................................................................8, 9

8    11 U.S.C. § 363(c)(2)(A) ...........................................................................................8

9    11 U.S.C. § 363(c)(2)(B) ...........................................................................................8

10   11 U.S.C. § 363(e) ......................................................................................................8

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF UNITED STATES BANKRUPTCY JUDGE, SECURED LENDERS, CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that a hearing will be held on April 26, 2024 at 11:30 a.m. via Zoom.gov only  before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, for the Court to consider the motion (the "Motion") filed by Mash Studios, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor" or "Studios"), for entry of interim and final orders authorizing the Debtor to use cash collateral to pay the Debtor's ordinary and necessary expenses set forth on the budget (the "Budget") attached hereto as **Exhibit A**. The proposed order on the Motion is attached hereto as **Exhibit B**.

The Debtor has one secured creditor that assert a lien upon the Debtor's "cash collateral" as that term is defined in 11 U.S.C. § 363(a).  The U.S. Small Business Administration ("SBA") is owed approximately $2 million pursuant to an SBA loan and has a security interest in all of the Debtor's assets.  The SBA appears to have perfected its security interest by recording UCC-1 financing statements with the California Secretary of State.

The Debtor is a California corporation formed in 2002 and designs bespoke office furniture for large corporations.  The Debtor works closely with its affiliate MASHindustries, Inc. [1] ("Industries" and collectively, with the Debtor, the "Debtors").  Industries was formed in 2013 and specializes in custom commercial furniture manufacturing and architectural millwork. Industries primarily sells its furniture and millwork to general contractors and building developers, but it also supplies to the Debtor where appropriate.

The Debtor's upcoming May 3, 2024 payroll must be funded to its pay check servicer Paychex Payroll Service ("Paychex") by no later than Wednesday, May 1, 2024, and the Debtor's premium payment on its workers' compensation insurance is due no later than April 30, 2024. Furthermore, the Debtor has seven employees including one that is traveling and the Debtor cannot

---

[1] Studios filed its own chapter 11 case, Bankr. Case No. 8:24-bk-11048-TA, along with the Debtor's chapter 11 filing.  The Debtor and Studios have concurrently filed a motion for entry of an order jointly administering the two cases.

go more than two days without having use of its cash collateral to pay ordinary operating expenses.

The SBA is secured by all of the Debtor's assets, as well as by a personal guaranty from the Debtor's sole shareholder, Bernard Brucha. As additional adequate protection of its interest in the cash collateral, the SBA will be granted replacement liens upon all postpetition assets of the Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as its liens upon the Debtor's prepetition assets.  While the Debtor is hopeful that the secured creditor will consent to use of cash collateral, in the event that the SBA does not consent to such use, the Debtor believes that its liens will be adequately protected by an equity cushion, the replacement lien and the Debtor's continued business operations.

The Debtor's assets include, but are not limited to, accounts receivable, inventory, existing contracts, cash, deposits, furnishings, fixtures and equipment, with an estimated fair market value of approximately $7 million.  This leaves the SBA with an equity cushion of approximately 350%.

It is imperative that the Debtor obtain immediate Court authority to use cash collateral in order to avoid immediate and irreparable harm to the Debtor's business.  The Debtor <u>must</u> be able to fund its next payroll in order to avoid a mass exodus of the Debtor's employees and the corresponding harm to its business[2], and the Debtor must timely pay its workers' compensation policy, which payment is due no later than April 30, 2024.

**PLEASE TAKE FURTHER NOTICE** that if you wish to object to the relief sought by the Motion, you must appear at the hearing and file any responsive pleading in accordance with the deadline set forth in the accompanying Notice of Emergency Motions.  Your failure to timely object may be deemed by the Court to constitute consent to the relief requested herein.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Motion and attached Memorandum of Points and Authorities, the concurrently filed Declaration of Lisa L. Boardman and evidence appended thereto, the arguments of counsel and other admissible evidence properly brought before the Court at or before the hearing on this Motion.

---

[2] The Debtor must fund its payroll by 2:00 p.m. Wednesday, May 1, 2024 in order to ensure that its employees are paid by Friday, May 3, 2024.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order granting the Motion in its entirety and:

1.       Authorizing the Debtor to use cash collateral to pay all of the expenses set forth in the Budget;

2.       Granting the SBA as adequate protection of its prepetition collateral and cash collateral, replacement liens upon all postpetition assets of the Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as its liens upon the Debtor's prepetition assets;

3.       Authorizing and directing the applicable banks and other financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment request made by the Debtor relating to its May 3, 2024 payroll (and to any other post-petition transaction);

4.       Scheduling a final hearing on this Motion; and

5.       Granting such other and further relief as the Court deems just and proper under the circumstances.

DATED:  April 25, 2024                    BG Law LLP


                                          By: /s/ Susan K. Seflin
                                              Susan K. Seflin
                                          Proposed Attorneys for Chapter 11 Debtor
                                          and Debtor in Possession

3

## MEMORANDUM OF POINTS AND AUTHORITIES

I.    **FACTUAL BACKGROUND**

    A.    **General Case Background**

    1.    On April 24, 2024, Mash Studios, Inc. ("Studios" or the "Debtor") filed a voluntary petition for relief under subchapter v of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  The Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or committee has been appointed in the Debtor's chapter 11 case.

    2.    Concurrently with the filing of the Debtor's bankruptcy petition, the Debtor's affiliate MASHindustries, Inc. ("Industries" and collectively, with the Debtor, the "Debtors") filed its own chapter subchapter v chapter 11 bankruptcy proceeding, styled *In re Mash Studios, Inc.*, Bankr. Case No. 8:24-bk-11046-TA.  Concurrently with the filing of this Motion, the Debtors have filed a motion for joint administration of their bankruptcy cases.

    B.    **Description of the Debtor's Business**

    3.    Studios, a California corporation, was formed in 2002 by Bernard Brucha and Mr. Brucha is the sole shareholder of Studios.  Studios designs custom office furniture for large corporations such as Nike, Chanel and Google.  In 2013, one of Studios suppliers went out of business and Mr. Brucha formed Industries to acquire those assets to begin a furniture and millwork manufacturing business.  Mr. Brucha is the sole shareholder of Industries.

    4.    Industries manufacturing operations are located at 7150 Village Drive, Buena Park, California (the "Buena Park Property"). Industries employs approximately 34 people and Studios has 7 employees.  Industries' website is www.mashindustries.com and Studios' website is www.mashstudios.com.

    5.    For the fiscal year 2023, Industries' gross revenue was $5,001,733 and Studios gross revenue was $9,066,031.  Prior to Covid in 2020, the Debtors' combined business were historically profitable.  Along with the commercial office market in general, the Debtors' businesses were hit extremely hard by the Covid pandemic, with new orders greatly reduced for 2020 through 2023. The Debtors' businesses have begun turning the corner in 2024 and the Debtors reduced their

overhead greatly by laying off approximately 30 employees, and closing Studios' headquarters and showrooms.  Industries has approximately $12 million in new orders on the books, and Studios has approximately $6 million in new orders on the book. The Debtors are projecting a return to profitability in April or May 2024.

**C.    The Debtors' Management Structure**

6.    Both of the Debtors are California corporations. Bernard Brucha is the founder, Chief Executive Officer, and principal of both Debtors, and he is the sole shareholder of both Debtors.

7.    Lisa Boardman is the Chief Operating Officer and Chief Financial Officer for the Debtor.  Ms. Boardman has extensive knowledge regarding the Debtor's day-to-day operations and finances.

**D.    The Debtor's Prepetition Lender**

8.    The Debtor's prepetition lender is the U.S. Small Business Administration (the "SBA" or "Lender").  As of April 23, 2024, the Lender is owed $2 million pursuant to an SBA loan agreement, promissory note and security agreement.  The Lender appears to have perfected its security interest by recording a UCC-1 financing statements with the California Secretary of State. Attached as **Exhibit C** hereto is a recent UCC search setting forth all liens against the Debtor. Other than the Lender, the only secured claims asserted against the Debtor are equipment liens.

**E.    Circumstances Impacting the Debtor's Operations and Reason for the Bankruptcy Filing**

9.    Prior to February of 2024, Industries and Studios did not have the same address. Studios had studios and offices in Los Angeles, and Industries occupied the Buena Park Property. As part of their effort to reduce expenses, Studios gave up its offices and studios in Los Angeles in February of 2024, and now Studios' employees either work from home or at the Buena Park Property as necessary.  Although Industries has always occupied the Buena Park Property with its manufacturing facility, Studios is the named tenant on the lease.  In 2023, Industries began having problems timely paying the rent of $86,000 a month on the Buena Park Property and as of the

/ / /

petition date, the Debtors are seven months behind on rent though they have paid March and April 2024 rent.[3]

10.     On January 10, 2024, Buchanan Street Partners (BSP"), the landlord for the Buena Park Property, served Studios with a three day notice to pay rent or quit.  While the Debtors responded to the three-date notice with a payment plan proposal, the Debtors were not able to make the full payment and their payment plan was rejected by BSP. Thereafter, on February 16, 2024, BSP filed an unlawful detainer action and obtained a writ of possession for the Buena Park Property. On Friday, April 19, 2024, Studios was served with a *Notice to Vacate* the Buena Park Property on or before April 25, 2024 at 6:01 a.m. including Industries' manufacturing facility (the "Facility") located at the Buena Park Property.  The Facility is a 77,000 sq. ft. manufacturing facility, houses valuable equipment, and is vital to the Debtor's ongoing operations and return to profitability. Industries' thirty-four employees work out of the Facility and being locked out of the Facility by the Sheriff would have decimated Industries' business and operations and interfere significantly in Studios' operations. Industries intends to relocate its manufacturing operations to a smaller facility, hopefully within 120 days of the Petition Date, and proposes to pay BSP postpetition rent at the contract rate from the petition date through the date that it vacates the premises.

11.     Combined, the Debtors have outstanding debt of approximately $7 million [$2.5 million in secured debt (SBA loans during Covid) and approximately $4.5 million in unsecured trade debt (including the BSP debt)].  The Debtors intend to file a joint chapter 11 reorganizing plan to resolve these debts in their chapter 11 cases.

12.     Without the chapter 11 cases, all manufacturing would cease indefinitely due to the BSP writ of possession, and Industries would be forced to liquidate.  Through their chapter 11 cases, the Debtors can remain as a going concern and keep 41 employees employed, and project significant recoveries to their creditor constituencies through the chapter 11 plan process.

13.     Without the filing of this bankruptcy and obtaining use of cash collateral, the Debtors' businesses would have been crippled by a complete shutdown of the Facility.

---

[3] The landlord holds a security deposit in the amount of $268,275.53, which it apparently has not applied to the outstanding balance.

## II.    THE BUDGET

The Debtor estimates that its assets currently have a value of approximately $7 million.  The Debtor's cash, accounts receivable and inventory total $2.5 million as of the petition date, and the Debtor's other assets (including existing contracts, deposits, furnishings, goodwill, fixtures and equipment) have a value of approximately $4.5 million.  Additionally, the Lender has a personal guaranty against the Debtor's owner Bernard Brucha.

As set forth above, the Debtor commenced this case based on the pending notice to vacate the Buena Park Property, which would cause Industries to immediately stop all of its business operations, which would have a waterfall effect on the Debtor as part of the businesses overlap.  As illustrated by the budget ("Budget") attached hereto as **Exhibit A**, the Debtor will be able to operate cash flow positive post-petition.  The Budget sets forth the minimum requirements of the Debtor to operate its business to accomplish a successful reorganization for all creditors.  The Budget does not contemplate any "extraordinary" or "luxury" expense.  The Budget therefore contains the Debtor's basic requirements for operations and is reasonable.

The Debtor will not pay any insider salaries (which are highlighted on the Budget) until the time period has passed with respect to the Insider Comp Notices served in accordance with the local rules.

Although the Budget represents the Debtor's best estimate of the necessary expenses associated with the business, as the ebbs and flows of the Debtor's business are unpredictable, the needs of the business may fluctuate.  Therefore, the Debtor requests Court authority to deviate from the total expenses contained in the Budget by no more than 15%, on a cumulative basis, and to deviate by category (provided the Debtor does not pay any expenses outside of any approved categories) without the need for further Court order.

In order for the Debtor to operate its business in accordance with the Budget and to fund the upcoming May 3, 2024[4] payroll, the Debtor must be able to use the revenues that are paid to it. Furthermore, the Debtor's workers' compensation premium is due no later than April 30, 2024.

---

[4] The Debtor must fund its payroll by 2:00 p.m. Wednesday, May 1, 2024 in order for its employees to be paid by Friday, May 3, 2024.

## III.    ARGUMENT

The Debtor's use of property of the estate is governed by Section 363 of the Bankruptcy Code.  Section 363(c)(l) provides in pertinent part:

> If the business of the debtor is authorized to be operated under section … 1108 … of this title and unless the court orders otherwise, the trustee may enter into transactions, including the sale or lease of property of the estate, in the ordinary course of business, without notice or a hearing, and may use property of the estate in the ordinary course of business without notice or a hearing.

11 U.S.C. § 363(c)(l).  A debtor in possession has all of the rights and powers of a trustee with respect to property of the estate, including the right to use property of the estate in compliance with Section 363.  *See* 11 U.S.C. § 1107(a).

"Cash collateral" is defined as "cash, negotiable instruments, documents of title, securities, deposit accounts or other cash equivalents in which the estate and an entity other than the estate have an interest. . . ."  11 U.S.C. § 363(a).  Section 363(c)(2) establishes a special requirement with respect to "cash collateral," providing that the trustee or debtor in possession may use "cash collateral" under subsection (c)(l) if:

(A)    each entity that has an interest in such cash collateral consents; or

(B)    the court, after notice and a hearing, authorizes such use, sale or lease in accordance with the provisions of this section.

*See* 11 U.S.C. § 363(c)(2)(A) and (B).

Further, upon the request of an entity that has an interest in property proposed to be used by the Debtor, the Court shall prohibit or condition such use "as is necessary to provide adequate protection of such interest."  11 U.S.C. § 363(e).

### A.    <u>The Debtor Should Be Authorized To Use Cash Collateral To Operate, Maintain And Preserve Its Business.</u>

It is well settled that it is appropriate for a chapter 11 debtor to use cash collateral for a reasonable period of time for the purpose of maintaining and operating its property.  11 U.S.C. § 363(c)(2)(B)*; In re Sunnymead Shopping Center Co.*, 178 B.R. 809, 814 (9th Cir. BAP 1995) ("*Sunnymead*"); *In re Oak Glen R-Vee*, 8 B.R. 213, 216 (Bankr. C.D. Cal. 1981) .  In addition, where

8

1    the Debtor is operating a business, it is extremely important that the access to cash collateral be

2    allowed in order to facilitate the goal of reorganization: "the purpose of Chapter 11 is to rehabilitate

3    debtors and generally access to cash collateral is necessary to operate a business." *In re Dynaco*

4    *Corporation*, 162 B.R. 389 (Bankr. D.N.H. 1993), *quoting In re Stein*, 19 B.R. 458, 459 (Bankr.

5    E.D. PA  1982).  *See also, In re Delco Oil, Inc.,* 599 F.3d 1255, 1258 (11th Cir. 2010) ("a debtor

6    reorganizing his business has a compelling need to use cash collateral in order to meet its daily

7    operating expenses and rehabilitate its business"); *In re Prime, Inc.*, 15 B.R. 216, 219 (Bankr. W.D.

8    Mo. 1981)("it is apparent that the Congress intended business under reorganization to proceed in as

9    normal a fashion as possible").

10        The Debtor has only commenced its bankruptcy case because of the landlord's notice to

11    vacate and the immediate harm to Industries' business which will negatively affect Studios'

12    operations.  The Debtor believes that it is in the overwhelming best interests of its estate, its

13    business, its employees, its vendors and its creditors to continue to operate and maintain its business

14    as a going concern.  The Court should authorize the Debtor to use cash collateral to continue to

15    operate and maintain its business because the interests of the secured creditors are adequately

16    protected.

17        **B.    <u>The Secured Creditors Are Adequately Protected.</u>**

18        To the extent that an entity has a valid security interest in the revenues generated by property,

19    those revenues constitute "cash collateral" under Section 363(a) of the Bankruptcy Code.  Pursuant

20    to Section 363(c)(2), the Court may authorize the debtor to use a secured creditor's cash collateral if

21    the secured creditor is adequately protected.  *Sunnymead,* 178 B.R. at 814; *In re Mellor*, 734 F.2d

22    1396, 1400 (9th Cir. 1984).  *See also In re O'Connor,* 808 F.2d 1393, 1398 (10th Cir. 1987); *In re*

23    *McCombs Properties VI, Ltd.,* 88 B.R. 261, 265 (Bankr. C.D. Cal. l988) ("*McCombs*").

24        Pursuant to the Supreme Court case of *United Savings Association v. Timbers of Inwood*

25    *Forest Associates,* 108 S. Ct. 626, 629 (1988) ("*Timbers*") and subsequent case law, the property

26    interest that a debtor must adequately protect pursuant to Section 363(c)(1) and (2) of the

27    Bankruptcy Code is only the value of the lien that secures the creditor's claim.  108 S. Ct. at 630.

28    *See also McCombs, Id.,* at 266.  Section 506(a) "limit[s] the secured status of a creditor (i.e., the

secured creditor's claim) to the lesser of the [allowed amount of the] claim or the value of the

collateral." *McCombs, Id.,* at 266.  *See also, IN re Ernst Home Center, Inc.*, 209 B.R. 955 (Bankr.

W.D. Wash. 1997) (adequate protection is not meant to be a guarantee that a creditor will be paid in

full … the court must determine whether the creditor's interests are protected as nearly as possible

against the possible risks to that interest).

**1.      The Lender is Adequately Protected By its Equity Cushion.**

As set forth above, the Lender is oversecured.  The Debtor is indebted to the Lender for $2

million.  The Debtor's assets are valued conservatively at $7 million, which makes the Lender

oversecured by approximately $5 million (or an equity cushion of approximately 350%).  The

Lender is also secured by a personal guaranty from the Debtor's sole shareholder, Bernard Brucha.

To the best of the Debor's knowledge, the Debtor does not have any other creditor that has an

interest in its cash collateral.

It is well established that the existence of an equity cushion alone can constitute adequate

protection to a secured creditor when a debtor seeks to use cash collateral.  *In re Mellor*, 734 F.2d

1396 (9th Cir. 1984) (equity cushion is the classic form of protection for a secured debt justifying the

restraint of lien enforcement by a bankruptcy court … "it has been held that the existence of an

equity cushion, standing alone, can provide adequate protection").  In *Mellor*, the Ninth Circuit held

that a 20% equity cushion constituted adequate protection as a matter of law.  *In re Mellor*, 734 F.2d

at 1404.

**2.      The Lender is Adequately Protected By The Continued Operations Of
The Debtor's Business.**

In this case, the Lender is also adequately protected by replacement liens and by the

continued operation of the Debtor's business.  The preservation of the value of a secured creditor's

lien is sufficient to provide adequate protection to a secured creditor when a debtor seeks to use cash

collateral.  *In re Triplett*, 87 B.R. 25 (Bankr. W.D. Tex. 1988).  *See also In re Las Vegas Monorail

Co.*, 429 B.R. 317, 341 (Bankr. D. Nev. 2010) (recognizing that other courts "have found that a

debtor's use of cash collateral to maintain properties from which rents are being generated is a

sufficient form of adequate protection); *In re Stein,* 19 B.R. 458 (Bankr. E.D. Pa. 1982).  In *Stein*,

the Court found that, as a general rule, a debtor may use cash collateral where such use would enhance or preserve the value of the collateral, and allowed the debtor therein to use cash collateral even though the secured party had no equity cushion for protection.  The *Stein* Court determined that the use of cash collateral was necessary to the continued operations of the debtor, and that the creditor's secured position could only be enhanced by the continued operation of the debtor's business.  *See also In re McCombs, supra*, where the court determined that the debtor's use of cash collateral for needed repairs, renovations and operating expenses eliminated the risk of diminution in the creditor's interest in the cash collateral and such use would more likely increase cash collateral.

The Debtor believes that with its continued business operations, there will not be a diminution in the value of its business.  In the case of *Matter of Pursuit Athletic Footwear, Inc.,* 193 B.R. 713, 716 (Bankr. D. Del. 1996), the Court, accepting the debtor's argument that no additional adequate protection payments need be made, held as follows:

> if there is no actual diminution in the value of [the] collateral through the date of the hearing, and [Debtor] can operate profitably post-petition, [creditor] is adequately protected for the use of its cash collateral. 11 U.S.C. Section 361; *In re Newark Airport/Hotel Ltd. Partnership*, 156 B.R. 444, 450 (Bankr. D.N.J. 1993); *In re Dynaco*, 162 B.R. 389, 394-5 (Bankr. D.N.H. 1993); *In re Immenhausen Corp.*, 164 B.R. 347, 352 (Bankr. M.D. Fla. 1994).

The only way for the Debtor to maximize its going concern value and prevent diminution in the value of its business is for the Debtor to continue to operate its business seamlessly.

**3.      The Lender is Adequately Protected By Replacement Liens Against The Debtor's Assets.**

Finally, and in order to provide the Lender with further adequate protection for the Debtor's use of cash collateral, the Debtor proposes to provide the Lender with replacements lien against the Debtor's post-petition assets with the same validity, priority, and scope as the Lender had with its lien(s) against the Debtor's prepetition assets.

/ / /

/ / /

/ / /

## IV.    CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order granting the Motion in its entirety and:

1.    Authorizing the Debtor to use cash collateral to pay all of the expenses set forth in the Budget;

2.    Granting the Lender as adequate protection of its prepetition collateral and cash collateral, replacement liens upon all postpetition assets of the Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as its liens upon the Debtor's prepetition assets;

3.    Authorizing and directing the applicable banks and other financial institutions to receive, process, honor and pay all checks presented for payment and to honor all electronic payment request made by the Debtor relating to its May 3, 2024 payroll (and to any other post-petition transaction);

4.    Scheduling a final hearing on this Motion; and

5.    Granting such other and further relief as the Court deems just and proper under the circumstances.

DATED:  April 25, 2024                          BG Law LLP


                                                By:  /s/ Susan K. Seflin
                                                     Susan K. Seflin
                                                     Proposed Attorneys for Debtor
                                                     and Debtor in Possession

| MASHstudios Cash Flow | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 4/29/2024 | 5/6/2024 | 5/13/2024 | 5/20/2024 | 5/27/2024 | 6/3/2024 | 6/10/2024 | 6/17/2024 | 6/24/2024 |
| Cash Balance, Beginning | 71,162 | 51,840 | 52,438 | 37,882 | 83,624 | 107,521 | 93,745 | 139,767 | 152,875 |
| Receipts | | | | | | | | | |
| Customer Payments | 60,243 | 19,420 | 54,397 | 111,312 | 75,078 | 51,087 | 115,110 | 107,627 | 124,262 |
| Total Receipts | 60,243 | 19,420 | 54,397 | 111,312 | 75,078 | 51,087 | 115,110 | 107,627 | 124,262 |
| Total Cash Available | 131,405 | 71,260 | 106,835 | 149,194 | 158,702 | 158,608 | 208,855 | 247,394 | 277,137 |
| Non Insider Payroll and ER Taxes | 22,463 | | 22,643 | | | 22,643 | | 22,643 | |
| Insider Payroll and ER Taxes | 6,265 | | 6,265 | | | 6,265 | | 6,265 | |
| ER 401K | 381 | | 381 | | | 381 | | 381 | |
| Payroll Fees | 452 | | 452 | | | 452 | | 452 | |
| Sales Tax \| Payment Plan \| MASHstudios | | 5,318 | | | | 5,318 | | | |
| Sales Tax \| Q1 2024 \| LAXseries | 1,544 | | | | | | | | |
| Workers Compensation \| renewal \| annual premium | 5,693 | | | | | | | | |
| SBA Loan | 9,842 | | | | 9,842 | | | | |
| O/H Health Benefits | | | 7,125 | | | | 7,125 | | |
| O/H Corporate & General Liability Insurance | | | 2,507 | | | | 2,507 | | |
| O/H IT Services/Servers/Security/Data | | | | 3,051 | | | | 3,051 | |
| O/H Software/Licenses/NetSuite/Other | | | | 5,000 | | | | 5,000 | |
| O/H Google Ad Spend \| LAXseries | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| O/H Computers/Dell | 952 | | | | 952 | | | | |
| O/H Bill.com | | | | | 998 | | | | |
| O/H Cellular Phones | 350 | | 350 | | 350 | | | 350 | |
| O/H Licenses and Fees | | 350 | | | | 350 | | | |
| O/H Office Supply/Expense/Postage | 150 | | 150 | | | 150 | | 150 | |
| O/H Equipment Rental/Copier | | | 238 | | | | | 238 | |
| O/H Priority One/Shipping | | 2,500 | | | | 2,500 | | | |
| O/H Shopify Fees | | | 350 | | | | | 350 | |
| D/E Design Supplies | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| D/E Vendor Payments \| on project % complete \| 51%   51% | 30,724 | 9,904 | 27,742 | 56,769 | 38,290 | 26,054 | 58,706 | 54,890 | 63,374 |
| Total Disbursement | 79,565 | 18,822 | 68,953 | 65,570 | 51,182 | 64,862 | 69,088 | 94,519 | 64,124 |
| Cash Balance, ending | 51,840 | 52,438 | 37,882 | 83,624 | 107,521 | 93,745 | 139,767 | 152,875 | 213,014 |
| | 51,840 | 52,438 | 37,882 | 83,624 | 107,521 | 93,745 | 139,767 | 152,875 | 213,014 |

**Exhibit A_001**

1    DAVID M. POITRAS – Bar No. 141309
      SUSAN K. SEFLIN - Bar No. 213865
2    JESSICA S. WELLINGTON - Bar No. 324477
      BG LAW LLP
3    21650 Oxnard Street, Suite 500
      Woodland Hills, CA 91367
4    Telephone:  (818) 827-9000
      Facsimile:   (818) 827-9099
5    Email:        dpoitras@bg.law
              sseflin@bg.law
6             jwellington@bg.law

7    Proposed Attorneys for Chapter 11 Debtor and
      Debtor in Possession

8

                 **UNITED STATES BANKRUPTCY COURT**

9

                 **CENTRAL DISTRICT OF CALIFORNIA**

10

                    **SANTA ANA DIVISION**

11

12   In re                                Case No. 8:24-bk-11048-TA

13   Mash Studios, Inc.,              Chapter 11

14                                   **INTERIM ORDER AUTHORING DEBTOR**
                                   **TO USE CASH COLLATERAL ON AN**
15                                   **INTERIM BASIS PENDING A FINAL**
                                  **HEARING, GRANTING REPLACEMENT**
16                                   **LIENS AND SETTING A FINAL HEARING**

17

18                                   **Original Hearing:**
                                  **Date:**  April 26, 2024
19                                   **Time:** 11:30 a.m.

20

21                                   **Continued Hearing:**
                                  **Date:**
22                                   **Time:**
                                  **Place:**

23

24

25

26

27

28

                                         1

**Exhibit B_001**

On April 26, 2024 at 11:30 a.m., an interim hearing (the "Interim Hearing") was held before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, for the Court to consider the *Emergency Motion For Authority to: (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. ___] (the "Motion") filed by Mash Studios, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor").  Appearances were made as noted on the record.

By the Motion, the Debtor sought the following: (1) authorization to use cash collateral on an interim basis, (2) the granting to the U.S. Small Business Administration ("SBA"), as adequate protection of its prepetition collateral and cash collateral, replacement liens upon all postpetition assets of the Debtor's estate  (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as their respective liens upon the Debtor's prepetition assets, and (3) the setting of a final hearing on the relief requested in the Motion.

The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, having heard and considered the arguments of counsel made at the hearing, having found that notice of the Motion was adequate and appropriate under the circumstances, having set forth the Court's findings of fact and conclusions of law on the record, and finding good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Motion is granted on an interim basis to the extent set forth in this Order.

2.    Cash Collateral:  The Debtor is authorized to use cash collateral on an interim basis to pay all of the expenses set forth in the Budget attached as Exhibit A to the declaration of Lisa Boardman [Doc. No. _] filed in support of the Motion.

3.    The Debtor is authorized to deviate from the total expenses contained in the projections by no more than 15% on a cumulative basis and to deviate by category (provided the Debtor does not pay any expenses outside of any approved categories) without the need for further Court order.

4.    The SBA is hereby granted replacement liens upon all postpetition assets of the

2

**Exhibit B_002**

Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as their respective liens upon the Debtor's prepetition assets, as adequate protection of its prepetition collateral and cash collateral.

5.    All applicable banks and other financial institutions are authorized and directed to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by the Debtor relating to its May 3, 2024 payroll (and to any other post-petition transaction).

6.    A continued hearing on the Motion will be held on _____ at ___.

7.    The Debtor shall provide notice of the continued hearing on the Motion upon the top twenty (20) general unsecured creditors, all secured creditors, the Office of the United States Trustee and those parties who have requested special notice.

**IT IS SO ORDERED.**

# # #

**Exhibit B_003**

2980729

 First Corporate
s o l u t i o n s

# SERVICE REPORT

dang.nguyen@ficoso.com  |  +19163138978

BG Law LLP
21650 Oxnard Street Suite 500
Woodland Hills CA
US 91367-4911
Attn:Mela Zepeda

**Date:** April 23, 2024
**FCS Order Number:** ORD-2290041-V1B3C4
**Client Reference:** 6091.001 and 6092.001: Mash

## SERVICE

**Type of Service:** State - UCC, Federal and State Tax Liens, and Judgments Search
**Jurisdiction/Filing Office:** Secretary of State or Equivalent, California, United States of America

**Order Specifics:**
**Effective Index Date:** 4/12/2024

## RESULTS

**Name:** **Mash Studios, Inc.**

| Type | Date | Document No. | Notes |
|------|------|-------------|-------|
| See attached listing with copies | -- | -- | See attached similar name report |

We guarantee our information to be as accurate as reasonable care can make it; however, the ultimate responsibility for maintaining files rests with the filing officer, and we accept no liability beyond the exercise of reasonable care.  No guarantee is given, nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown herein.  In no event shall FIRST CORPORATE SOLUTIONS' liability exceed the fee amount.

www.ficoso.com  |  P: +19163138978  |  12631 Imperial Highway, F-102, Santa Fe Springs, CA, United States 90670

**Exhibit C_001**

 First Corporate solutions

# SEARCH REPORT

914 S Street, Sacramento, CA 95811
P: 800.406.1577 | F: 800.230.2217

## UCC Search Report

| | |
|---|---|
| **Type of Search** | UCCs, Federal Tax Liens, State Tax Liens, and Judgments |
| **Jurisdiction/Filing Office** | State of California, Secretary of State Uniform Commercial Code Division |
| **Estimated Currency Date** | Apr. 12, 2024 |
| **Last File Date** | Apr 14 2024 |
| **Subject Search Name** | Mash Studios, Inc. |
| **Search Key Entered** | MAS*STU |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein. Certification can only be obtained through the office of the California Secretary of State.

### 1. UCC

| | | |
|---|---|---|
| **Document No.** | 20137373487861 | Lapses 8/12/2028 |
| **Filed** | 8/12/2013 | |
| **Debtor** | MASH STUDIOS, INC. | |
| | 12705 VENICE BOULEVARD | |
| | LOS ANGELES CA 90066 | |
| **Secured Party** | COMMUNITY BANK | |
| | 1750 S. STATE COLLEGE BLVD. | |
| | ANAHEIM CA 92806 | |
| **Amendment Type** | Amendment | |
| **File No.** | 201675531628 | |
| **Filed** | 10/27/2016 3:52:58 PM | |
| **Amendment Type** | Continuation | |
| **File No.** | 201876543544 | |
| **Filed** | 6/15/2018 1:45:04 AM | |
| **Amendment Type** | Continuation | |
| **File No.** | U230018045520 | |
| **Filed** | 3/15/2023 7:49:23 PM | |

### 2. UCC

| | | |
|---|---|---|
| **Document No.** | 20137375706504 | **Lapsed 8/29/2023** |
| **Filed** | 8/29/2013 | |
| **Debtor** | MASH STUDIOS, INC. | |
| | 12705 VENICE BLVD | |
| | LOS ANGELES CA 90066 | |

**Exhibit C_002**

|  | | |
|---|---|---|
| **Secured Party** | COMMUNITY BANK | |
| | 790 E. COLORADO BLVD., 3RD FLOOR | |
| | PASADENA CA 91101 | |

| | |
|---|---|
| **Amendment Type** | Amendment |
| **File No.** | 201675531637 |
| **Filed** | 10/27/2016 4:01:22 PM |

| | |
|---|---|
| **Amendment Type** | Continuation |
| **File No.** | 201876590999 |
| **Filed** | 7/15/2018 1:36:54 AM |

| | |
|---|---|
| **Amendment Type** | Termination |
| **File No.** | U200008208928 |
| **Filed** | 8/3/2020 5:29:11 PM |

### 3. UCC

| | | |
|---|---|---|
| **Document No.** | 20137375707252 | Lapses 8/29/2028 |
| **Filed** | 8/29/2013 | |

| | |
|---|---|
| **Debtor** | MASH STUDIOS, INC. |
| | 12705 VENICE BLVD |
| | LOS ANGELES CA 90066 |

| | |
|---|---|
| **Secured Party** | COMMUNITY BANK |
| | 790 E. COLORADO BLVD., 3RD FLOOR |
| | PASADENA CA 91101 |

| | |
|---|---|
| **Amendment Type** | Continuation |
| **File No.** | 201876590995 |
| **Filed** | 7/15/2018 1:36:52 AM |

| | |
|---|---|
| **Amendment Type** | Continuation |
| **File No.** | U230022860928 |
| **Filed** | 4/1/2023 7:51:50 PM |

### 4. Notice of State Tax Lien

| | | |
|---|---|---|
| **Document No.** | 20197754605802 | Lapses 12/31/2029 |
| **Filed** | 12/31/2019 | |

| | |
|---|---|
| **Debtor** | MASH STUDIOS |
| | 2611 EXPOSITION BLVD |
| | LOS ANGELES CA 900184244 |

| | |
|---|---|
| **Debtor** | MASH STUDIOS INC |
| | 2611 EXPOSITION BLVD |
| | LOS ANGELES CA 900184244 |

| | |
|---|---|
| **Secured Party** | EMPLOYMENT DEVELOPMENT DEPARTMENT |
| | 722 CAPITOL MALL |
| | SACRAMENTO CA 95814 |

| | |
|---|---|
| **Amendment Type** | Termination |
| **File No.** | 202077707353 |
| **Filed** | 3/31/2020 3:21:38 PM |

### 5. UCC

| | | |
|---|---|---|
| **Document No.** | 20207790546515 | Lapses 6/13/2025 |
| **Filed** | 6/13/2020 | |

| | |
|---|---|
| **Debtor** | MASHSTUDIOS |
| | 2611 EXPOSITION BLVD |
| | LOS ANGELES CA 90018 |

| | |
|---|---|
| **Secured Party** | U.S. SMALL BUSINESS ADMINISTRATION |
| | 10737 GATEWAY WEST, #300 |
| | EL PASO TX 79935 |

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

---------- **END OF REPORT** ----------

**Exhibit C_003**

**Report Parameters**

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

**Exhibit C_004**

 First Corporate solutions

# SEARCH REPORT

914 S Street, Sacramento, CA 95811
P: 800.406.1577 | F: 800.230.2217

## California Similar Name Report

**Subject Search Name**   Mash Studios, Inc.
**Truncated Search Name**   MAS*STU
**Estimated Currency Date**   April 12, 2024
**Last File Date**   Apr 14 2024

Contains all debtor names not included on the final results report.

| Filing # | Debtor Name | Address | City | State | Zip | Type |
|----------|-------------|---------|------|-------|-----|------|
| 20137356651926 | MASHED STUDIOS, INC | 1140 EMPIRE CENTRAL DR STE 470 | DALLAS | TX | 75247 | STL |
| 20137369147980 | MASHED STUDIOS, INC | 1140 EMPIRE CENTRAL DR STE 470 | DALLAS | TX | 75247 | STL |
| U220207642424 | MASHED STUDIOS, INC | 1140 EMPIRE CENTRAL DR STE 470 | DALLAS | TX | 752474337 | STL |

**Exhibit C_005**

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 38972470002**
**FILING NUMBER: 13-7373487861**
**FILING DATE: 08/12/2013 13:33**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** MASH STUDIOS, INC. | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12705 VENICE BOULEVARD | LOS ANGELES | CA | 90066 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, if any C2736658 | ☐ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** COMMUNITY BANK | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1750 S. STATE COLLEGE BLVD. | ANAHEIM | CA | 92806 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment, Instruments and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the collateral described herein, whether added now or later; all products and produce of any of the property; all accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property; all proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property, and sums due from a third party who has damaged or destroyed the collateral or from that party's insurer, whether due to judgment, settlement or other process; all records and data relating to any of the property, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of debtor's right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-39353233-47689523

FILING OFFICE COPY

**Exhibit C_006**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Gisella Melendez<br>800-331-3282 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>CT LIEN SOLUTIONS<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER: 57869170002**<br>**FILING NUMBER:** 16-75531628<br>**FILING DATE:** 10/27/2016 15:52<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>13-7373487861 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:                    AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record. | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and Item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
All Inventory, Chattel Paper, Accounts, Deposit Accounts, Equipment, Motor Vehicles, Instruments and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the collateral described herein, whether added now or later; all products and produce of any of the property; all accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property; all proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property, and sums due from a third party who has damaged or destroyed the collateral or from that party's insurer, whether due to judgment, settlement or other process; all records and data relating to any of the property, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of debtor's right, title, and interest in and to

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME<br>COMMUNITY BANK | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-56262112-52340563

FILING OFFICE COPY

**Exhibit C_007**

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form<br>13-7373487861 | |

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

**12a. ORGANIZATION'S NAME**
COMMUNITY BANK

**OR**

**12b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**DOCUMENT NUMBER: 57869170002**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**13.** Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see instruction item 13): Provide only <u>one</u> Debtor name (13a or 13b)(use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see instructions if name does not fit

**OR**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**
all computer software required to utilize, create, maintain, and process any such records or data on electronic media.

| | |
|---|---|
| **15.** This FINANCING STATEMENT AMENDMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing | **17.** Description of real estate: |
| **16.** Name and address of RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest): | |

**18. MISCELLANEOUS:**

FILING OFFICE COPY

**Exhibit C_008**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Lien Solutions |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Lien Solutions |
| P.O. Box 29071 |
| Glendale, CA 91209-9071 |
| USA |

**DOCUMENT NUMBER: 70939550002**
**FILING NUMBER: 18-76543544**
**FILING DATE: 06/15/2018 01:45**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 13-7373487861 | |

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:     **AND** Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION**: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

7. **CHANGED OR ADDED INFORMATION**: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| OR | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | COMMUNITY BANK | | | |
| OR | | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 10. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-64558580-55351255- Debtor: MASH STUDIOS, INC. |

**FILING OFFICE COPY**

**Exhibit C_009**

 


**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230018045520
Date Filed: 3/15/2023

| Submitter Information: | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 137373487861 |
| Date Filed | 08/12/2013 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | COMMUNITY BANK |
| --- | --- |

Optional Filer Reference Information:
2515 28774

**Exhibit C_010**

B1592-4844 03/15/2023 7:50 PM Received by California Secretary of State

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 39217000002
FILING NUMBER: 13-7375706504
FILING DATE: 08/29/2013 11:12
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** MASH STUDIOS, INC. | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **1c. MAILING ADDRESS** 12705 Venice Blvd | **CITY** Los Angeles | | **STATE** CA | **POSTAL CODE** 90066 | **COUNTRY** USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** 02736658 | **NONE** |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **2c. MAILING ADDRESS** | **CITY** | | **STATE** | **POSTAL CODE** | **COUNTRY** |

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** | **NONE** |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** Community Bank | | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **3c. MAILING ADDRESS** 790 E. Colorado Blvd., 3rd Floor | **CITY** Pasadena | **STATE** CA | **POSTAL CODE** 91101 | **COUNTRY** USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment, Instruments and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the collateral described herein, whether added now or later; all products and produce of any of the property; all accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property; all proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property, and sums due from a third party who has damaged or destroyed the collateral or from that party's insurer, whether due to judgment, settlement or other process; all records and data relating to any of the property, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of debtor's right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-39604318-47736423

**FILING OFFICE COPY**

**Exhibit C_011**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CT LIEN SOLUTIONS |
| 2727 ALLEN PARKWAY |
| HOUSTON, TX 77019 |
| USA |

**DOCUMENT NUMBER:** 57869260002
**FILING NUMBER:** 16-75531637
**FILING DATE:** 10/27/2016 16:01

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 13-7375706504 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:  **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and Item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

All Inventory, Chattel Paper, Accounts, Deposit Accounts, Equipment, Motor Vehicles, Instruments and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the collateral described herein, whether added now or later; all products and produce of any of the property; all accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property; all proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property, and sums due from a third party who has damaged or destroyed the collateral or from that party's insurer, whether due to judgment, settlement or other process; all records and data relating to any of the property, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of debtor's right, title, and interest in and to

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Community Bank | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-56262268-52340604 |

FILING OFFICE COPY

**Exhibit C_012**

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form |
|---|
| 13-7375706504 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

**OR**

| 12a. ORGANIZATION'S NAME |
|---|
| Community Bank |

| 12b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 57869260002**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices – see instruction item 13): Provide only <u>one</u> Debtor name (13a or 13b)(use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see instructions if name does not fit

**OR**

| a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):
all computer software required to utilize, create, maintain, and process any such records or data on electronic media.

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

17. Description of real estate:

16. Name and address of RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

18. MISCELLANEOUS:

**FILING OFFICE COPY**

Exhibit C_013

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Lien Solutions<br>800-331-3282 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071<br>USA | **DOCUMENT NUMBER: 71602880002**<br>**FILING NUMBER: 18-76590999**<br>**FILING DATE: 07/15/2018 01:36**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE NUMBER**<br>13-7375706504 | **1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:        AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | | | | |
|---|---|---|---|---|
| **OR** | **6a. ORGANIZATION'S NAME** | | | |
| | **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| **OR** | **7a. ORGANIZATION'S NAME** | | | |
| | **7b. INDIVIDUAL'S SURNAME** | | | |
| | **INDIVIDUAL'S FIRST PERSONAL NAME** | | | |
| | **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | **SUFFIX** |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | | |
|---|---|---|---|---|
| **OR** | **a. ORGANIZATION'S NAME**<br>Community Bank | | | |
| | **b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-65424522-55514579- Debtor: MASH STUDIOS, INC.

**FILING OFFICE COPY**

**Exhibit C_014**

U200008208928



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200008208928 |
| Date Filed: 8/3/2020 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR |
| | SPRINGFIELD, IL 62703 |

Amendment Action Information:

| | |
| --- | --- |
| Initial Financing Statement File Number | 137375706504 |
| Date Filed | 08/29/2013 |
| Amendment Action | Termination |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| | |
| --- | --- |
| Authorizing Secured Party Name | COMMUNITY BANK |

Optional Filer Reference Information:

471 - Loan Number Debtor:MASH STUDIOS, INC.-471 - LN # 16101510

**Exhibit C_015**

B0309-3961 08/03/2020 5:29 PM Received by California Secretary of State

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| CT LIEN SOLUTIONS<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER:** 39217070002<br>**FILING NUMBER:** 13-7375707252<br>**FILING DATE:** 08/29/2013 11:22<br>**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME**<br>Mash Studios, Inc. | | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |

| **1c. MAILING ADDRESS**<br>12705 Venice Blvd | **CITY**<br>Los Angeles | **STATE**<br>CA | **POSTAL CODE**<br>90066 | **COUNTRY**<br>USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION**<br>Corporation | **1f. JURISDICTION OF ORGANIZATION**<br>CA | **1g. ORGANIZATIONAL ID#, if any**<br>02736658 | □ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** | □ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME**<br>Community Bank | | | | |
| | **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **3c. MAILING ADDRESS**<br>790 E. Colorado Blvd., 3rd Floor | **CITY**<br>Pasadena | **STATE**<br>CA | **POSTAL CODE**<br>91101 | **COUNTRY**<br>USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment, Instruments and General Intangibles, whether any of the foregoing is owned now or acquired later; all accessions, attachments, accessories, tools, parts, supplies, replacements of and additions to any of the collateral described herein, whether added now or later; all products and produce of any of the property; all accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property; all proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property, and sums due from a third party who has damaged or destroyed the collateral or from that party's insurer, whether due to judgment, settlement or other process; all records and data relating to any of the property, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of debtor's right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media.

**5. ALT DESIGNATION:** □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

| □ **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]**      [optional] □ All Debtors □ Debtor 1 □ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-39604556-47736467

**FILING OFFICE COPY**

**Exhibit C_016**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

**DOCUMENT NUMBER: 71602830002**
**FILING NUMBER: 18-76590995**
**FILING DATE: 07/15/2018 01:36**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
13-7375707252

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| OR | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Community Bank | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-65424517-55514575- Debtor: Mash Studios, Inc.

**FILING OFFICE COPY**

**Exhibit C_017**




U230022860928

B1643-7669 04/01/2023 7:52 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230022860928 |
| Date Filed: 4/1/2023 |

| Submitter Information: | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 137375707252 |
| Date Filed | 08/29/2013 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | COMMUNITY BANK |
| --- | --- |

Optional Filer Reference Information:
2525 24735

**Exhibit C_018**

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
1-888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

DOCUMENT NUMBER: 84917270002
FILE NUMBER: 197754605802
FILE DATE: 12/31/2019 15:22
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

MASH STUDIOS INC
MASH STUDIOS

2611 EXPOSITION BLVD
LOS ANGELES CA 90018-4244

Secretary of State

Letter ID. L1756982112

Certificate No. G002170834

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2019 to 03/31/2019 | $3,346.16 | $1,191.06 | $246.18 | $4,783.40 |

Interest calculated through 12/30/2019

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 12/30/2019

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By O Dumanska

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 5 (7-12)

**Exhibit C_019**

STATE OF CALIFORNIA
Employment Development Department
1-888-745-3886

**WHEN RECORDED MAIL TO:**
**STATE OF CALIFORNIA**
**Employment Development Department**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

**DOCUMENT NUMBER: 87574550002**
**FILE NUMBER: 2077707353**
**FILE DATE: 03/31/2020 15:21**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**

# RELEASE OF LIEN
## IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO.   G002170834

LETTER ID.   L2029738720

The Director of the Employment Development Department of the State of California hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, penalty, and interest due under Section 1703 of the California Unemployment Insurance Code or Section 7171 of the Government Code from:

MASH STUDIOS INC
MASH STUDIOS

In the amount of  $4,783.40     which was recorded on  12/31/2019

in volume/page  197754605802     of Official Records of the  Secretary of State

THE DIRECTOR OF THE EMPLOYMENT
DEVELOPMENT DEPARTMENT OF THE
STATE OF CALIFORNIA HAS CAUSED
THIS RELEASE TO BE ISSUED BY THE
DULY AUTHORIZED REPRESENTATIVE.

Date: 03/30/2020
This document is produced on a laser printer.

By _O Dumanska_____

Authorized Representative
This agency has adopted the use of a
facsimile signature as affixed above.

DE2184 Rev 5 (7-12)

**Exhibit C_020**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Corporation Service Company<br>800-858-5294 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>Springfield, IL 62703-4261<br>USA | **DOCUMENT NUMBER: 90400410002**<br>**FILING NUMBER: 20-7790546515**<br>**FILING DATE: 06/13/2020 10:53**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME**<br>MASHstudios | | | | |
| | **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS**<br>2611 Exposition Blvd | **CITY**<br>Los Angeles | **STATE**<br>CA | **POSTAL CODE**<br>90018 | **COUNTRY**<br>USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME**<br>U.S. Small Business Administration | | | | |
| | **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS**<br>10737 Gateway West, #300 | **CITY**<br>El Paso | **STATE**<br>TX | **POSTAL CODE**<br>79935 | **COUNTRY**<br>USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. EXEMPT Per California Government Code Section 6103 PLEASE EXPEDITE 838282 7800

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box: | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):**    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[186507022]

FILING OFFICE COPY

**Exhibit C_021**

On April 26, 2024 at 11:30 a.m., an interim hearing (the "Interim Hearing") was held before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, for the Court to consider the *Emergency Motion For Authority to: (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens; and (C) Set Final Hearing* [Doc. No. ___] (the "Motion") filed by Mash Studios, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor").  Appearances were made as noted on the record.

By the Motion, the Debtor sought the following: (1) authorization to use cash collateral on an interim basis, (2) the granting to Community Bank, as adequate protection of its prepetition collateral and cash collateral, replacement liens upon all postpetition assets of the Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as their respective liens upon the Debtor's prepetition assets, and (3) the setting of a final hearing on the relief requested in the Motion.

The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, having heard and considered the arguments of counsel made at the hearing, having found that notice of the Motion was adequate and appropriate under the circumstances, having set forth the Court's findings of fact and conclusions of law on the record, and finding good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Motion is granted on an interim basis to the extent set forth in this Order.

2.    Cash Collateral:  The Debtor is authorized to use cash collateral on an interim basis to pay all of the expenses set forth in the Budget attached as Exhibit A to the declaration of Lisa Boardman [Doc. No. __] filed in support of the Motion.

3.    The Debtor is authorized to deviate from the total expenses contained in the projections by no more than 15% on a cumulative basis and to deviate by category (provided the Debtor does not pay any expenses outside of any approved categories) without the need for further Court order.

4.    Community Bank is hereby granted replacement liens upon all postpetition assets of the

**Exhibit B_002**

Debtor's estate (except any "Avoidance Actions" arising under sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority as their respective liens upon the Debtor's prepetition assets, as adequate protection of its prepetition collateral and cash collateral.

5.      All applicable banks and other financial institutions are authorized and directed to receive, process, honor and pay all checks presented for payment and to honor all electronic payment requests made by the Debtor relating to its May 3, 2024 payroll (and to any other post-petition transaction).

6.      A continued hearing on the Motion will be held on _____ at ___.

7.      The Debtor shall provide notice of the continued hearing on the Motion upon the top twenty (20) general unsecured creditors, all secured creditors, the Office of the United States Trustee and those parties who have requested special notice.

**IT IS SO ORDERED.**

# # #

**Exhibit B_003**

2980729

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: DEBTOR'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR AUTHORITY TO: (A) USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (B) GRANT REPLACEMENT LIENS; AND (C) SET FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES [11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 25, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Susan K Seflin**    sseflin@bg.law
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 25, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.Ind

**Served via email before 12:00 pm on the attached spreadsheet.**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2024 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Debtor Name | Creditor Name | Email Address |
| --- | --- | --- |
| MASHindustries, Inc. | BSP VBP PROPCO LLC | jill.brown@cushwake.com |
| MASHindustries, Inc. | Next Level Installations LLC | marlene@americancabinetworks.com |
| MASHindustries, Inc. | GL Veneer Company, Inc. | roseg@glveneer.com |
| MASHindustries, Inc. | RRS Finishers Group, LLC | accounting@mashstudios.com |
| MASHindustries, Inc. | Tile Expo Inc | dh@tileexpoinc.com |
| MASHindustries, Inc. | Royal Plywood Company, Llc | invoicing@royalplywood.com |
| MASHindustries, Inc. | West Coast Laminating, Inc. | rtritz@ebbradley.com |
| MASHindustries, Inc. | National Marble & Architectural Stone, Inc | gpmarich@roadrunner.com |
| MASHindustries, Inc. | Forest Plywood - MI | kmendez@forestplywood.com |
| MASHindustries, Inc. | Frank Recruitment Group | accountsna@frankgroup.com |
| MASHindustries, Inc. | Ortiz Custom Upholstery, Inc | adilene@ortizupholstery.com |
| MASHindustries, Inc. | California Timberline Inc | greg@caltimberline.com |
| MASHindustries, Inc. | CPS/Garten Corporation | jenifer@cpsgarten.com |
| MASHindustries, Inc. | IDS Interior Detail Solution | kurtc@idsolut.com |
| MASH STUDIOS, Inc. | MASHVENTURES | mblemel@mashventures.net |
| MASH STUDIOS, Inc. | Great Openings | kasiala@metalworks1.com |
| MASH STUDIOS, Inc. | Fabcon, Inc. | accounting@fabcon.com |
| MASH STUDIOS, Inc. | Baresque USA LLC | cs@baresque.us |
| MASH STUDIOS, Inc. | Suddath Relocation Systems of Oregon LLC | jeannie.friedl@suddath.com |
| MASH STUDIOS, Inc. | Concentric Spaces | chris@concentricspaces.com |
| MASH STUDIOS, Inc. | Concentric Spaces | jrizzardi@cairncross.com |
| MASH STUDIOS, Inc. | GLC Millworks | julie@glcmillworks.com |
| MASH STUDIOS, Inc. | Forest Plywood Co. | mbarrass@forestplywood.com |
| MASH STUDIOS, Inc. | Big Red Machine Shop | steve@bigredmachineshop.com |
| MASH STUDIOS, Inc. | Nace Sheet Metal Corp | lily@nacesheetmetal.com |
| MASH STUDIOS, Inc. | ORACLE Netsuite | collectionsteam_us@oracle.com |
| MASH STUDIOS, Inc. | MI Concepts LLC | michelle@mi-concepts.com |
| MASH STUDIOS, Inc. | Contract Installations, Inc. | stevemajcherek@aol.com |
| MASH STUDIOS, Inc. | Wing Partners LLC | michael@wingpartners.com |
| MASH STUDIOS, Inc. | OT Logistics Freight Transportation | invoicing@ot-logisticsllc.com |
| MASH STUDIOS, Inc. | Oncore Pro | mschmitz@systechs.com |
| Both | BSP VBP PROPCO, LLC | ROdson@soollp.com |
| Both | Counsel for SBA | elan.levey@usdoj.gov |