1 | DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN – Bar No. 213865
2 | JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
3 | 21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
4 | Telephone: (818) 827-9000
Facsimile: (818) 827-9099
5 | Email:    dpoitras@bg.law
           sseflin@bg.law
6          jwellington@bg.law

7 | Proposed Attorneys for Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**MAY 23 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

MASHindustries, Inc. *et al*,

        Debtors and Debtors
        in Possession.

☐ Affects MASHindustries, Inc.

☒ Affects Mash Studios, Inc.

☐ Affects Both Debtors

Case No. 8:24-bk-11046-TA

Chapter 11

(Jointly Administered with

Case No. 8:24-bk-11048-TA)

**ORDER GRANTING MASH STUDIOS, INC.'S EMERGENCY MOTION TO DISMISS ITS CHAPTER 11 CASE**

**Hearing**
Date:  May 22, 2024
Time:  10:00 a.m.
Place:  Courtroom 5B
        411 West Fourth Street
        Santa Ana, CA 92701

1

A hearing was held on May 22, 2024 at 10:00 before the Honorable Theodor C. Albert, Chief United States Bankruptcy Judge for the Central District of California, for the Court to consider *Mash Studios, Inc's Emergency Motion to Dismiss its Chapter 11 Case* [Doc. No. 69] (the "Motion") filed by Mash Studios, Inc. ("Studios"), one of the above-captioned chapter 11 debtors. Appearances were as noted on this Court's record.

The Court, having reviewed and considered the Motion and supporting declaration, having considered the arguments and representations of counsel made at the hearing on the Motion; no opposition or objection to the Motion having been filed or made at the hearing on the Motion; and for good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted.

2. The Studios' bankruptcy case, Bankr. Case No. 8:24-bk-11048-TA, is dismissed pursuant to 11 U.S.C. § 1112(b).

# # #

Date: May 23, 2024

Theodor C. Albert
United States Bankruptcy Judge