# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Mash Studios, Inc.

**BANKRUPTCY NO.**  8:24−bk−11048−TA

**CHAPTER**  11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax−Identification (EIN) No(s).(if any):**  27−0124117
**Debtor Dismissal Date:** 5/23/24

**Address:**
7150 Village Dr.
Buena Park, CA 90621

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: May 23, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**49 / GD**